**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LOUIS JOHNSON, JR., </br>　　　　Petitioner, </br></br>　　v. </br></br> J. SULLIVAN, </br></br>　　　　Respondent. | NO. EDCV 21-00647 SPG (KS) </br></br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Final Report and Recommendation of United States Magistrate Judge ("Report"). No Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the claims in the First Amended Petition are DENIED; and (2) Judgment shall be entered dismissing this action with prejudice

DATED:　May 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE