JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOUIS JOHNSON, JR., <br><br> Petitioner, <br><br> v. <br><br> J. SULLIVAN, <br><br> Respondent. | NO. EDCV 21-00647 SPG (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 2, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE